In the Matter of the Petition of HERBERT S. SISSON, as State Commissioner of Excise, Respondent, for an Order Revoking and Canceling Liquor Tax Certificate No. 18889, Held by MARY J. FENNELL.     JAMES C. FENNELL, as Administrator, etc., Appellant.— Order unanimously affirmed, with costs.

SAHAG MAKHANIAN, Appellant, v. CHARLES COLLINS and CHARLES E. COLLINS, Respondents.— Order unanimously affirmed, with costs.

THE PECK BROTHERS & COMPANY, Appellant, v. L. F. BANNON PLUMBING, HEATING AND CONTRACTING COMPANY, Respondent.— Motion denied.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM LENTZ, Relator, v. BORDEN D. SMITH, Mayor, and Others, the Members of and Composing the Common Council of the City of Johnstown, New York, Respondents. — Writ dismissed and determination unanimously confirmed, with ten dollars costs and disbursements.   H. T. Kellogg, J., not sitting.

PIETRO ANZELONE and SARAH ANZELONE, Respondents, v. HIRAM DEPEW, Appellant.— Judgment unanimously affirmed, with costs.

GERTRUDE BURDICK, Appellant, v. LEON O. BURDICK, Respondent.— Motion denied.

GEORGE A. BURRIS, Respondent, v. ETHEL M. BURRIS, Appellant.— Interlocutory judgment unanimously affirmed.

THOMAS S. COOLIDGE, Respondent, v. BENJAMIN B. McFADDEN, Appellant. — Judgment and order unanimously affirmed, with costs.

MICHAEL J. DALEY, JR., v. BOSTON AND MAINE RAILROAD.— Motion denied.

J. JOHN HASSETT, Appellant, v. HARRIET ARNOT RATHBONE, Respondent, and T. BRIGGS & COMPANY, Defendant.— Order unanimously affirmed, with ten dollars costs and disbursements.

In the Matter of the Application of PRENTICE W. WILLIS, Individually and as Administrator, etc., of JOHN C. WILLIS, Deceased, for a Decree of Judicial Construction of the Last Will and Testament of WARREN G. WILLIS, Deceased.— Motion denied.   Lyon, J., dissenting.

In the Matter of the Appraisal of the Estate of CHARLES J. BUCHANAN, Deceased, Pursuant to Article Ten of the Tax Law, Relating to Taxable Transfers.— Motion denied.   Cochrane, J., not sitting.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim for Compensation under the Workmen's Compensation Law to the Dependents of MICHAEL BARATH, Deceased, Respondents, v. ARNOLD PAINT COMPANY, Employer, and STANDARD ACCIDENT INSURANCE COMPANY, Insurance Carrier, Appellants.— Matter remitted to the Commission for further findings as to the cause of death.

Before STATE INDUSTRIAL COMMISSION, Respondent.   In the Matter of the Claim of JOSEPH JURGREAU, Respondent, v. JACOB SCHERZER, Employer, and the COMMERCIAL CASUALTY INSURANCE COMPANY, Appellants.— Award unanimously affirmed.